JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ESQUEDA,<br><br>    Plaintiff,<br><br>v.<br><br>JP CUISINES, LLC, et al.,<br><br>    Defendants. | Case No. CV 18-06163-AB (JPRx)<br><br>**ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE**<br><br>(PURSUANT TO LOCAL RULE 41) |

On October 24, 2018, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. On October 31, 2018, in response to the Order to Show Cause, Plaintiff filed a Proof of Service. On November 1, 2018, the Court continued the Order to Show Cause response deadline to November 8, 2018. No response having been filed to the Court's Order to Show Cause,

//
//
//

1.

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: November 16, 2018  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE